DARRELL D. DENNIS
Nevada Bar No. 06618
Darrell.Dennis@lewisbrisbois.com
CHRISTOPHER A. ELSEE
Nevada Bar No. 13333
Christopher.Elsee@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383 / Facsimile: 702.893.3789
Attorney for Defendants Matthew Killion and J. Rental, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MUNOS, an individual; LUIS CASTILLO LEYS, an individual; NARCISO MUNOZ GIL, an individual; YURIEN MUNOZ, an individual, | CASE NO. 2:24-cv-00096-RFB-MDC |
| Plaintiffs, | **DEFENDANTS', MATTHEW KILLION AND J. RENTAL, INC., UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO THE COMPLAINT** |
| v. | |
| MATTHEW KILLION, an individual; J. RENTAL, INC. d/b/a HANK RENTAL, a foreign corporation; DOES I-X, inclusive; AND ROE BUSINESS ENTITIES I-X; inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Defendants J. RENTAL, INC. d/b/a HANK RENTAL and MATTHEW KILLION, through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, including rules 6, 12, and 81, and Local Rule 6-1, hereby move this Court for its *first* unopposed extension of time through Friday, January 26, 2024, to respond to Plaintiffs' Complaint. [Doc. No. 1-3]. In support hereof, Defendants state as follows:

1.      This litigation arises out of a complaint against the Defendants due to a motor vehicle accident that occurred on December 15, 2021. [Doc. 1-3].

134517874.1

2.      On January 11, 2024, Defendants removed this litigation to federal court. [Doc. 1].

3.      Pursuant to rule 81, Defendant Killion's response to the Complaint was due to be served on Thursday, January 18, 2024, and Defendant J. Rental's response to the Complaint is due on January 24, 2024.

4.      Defendants are respectfully requesting this Court grant this unopposed motion to extend their deadline to respond to the Complaint through and including Friday, January 26, 2024.

5.      This is Defendants' ***first*** motion for extension of time to respond to the Complaint.

6.      Federal Rule of Civil Procedure 6(b)(1)(A) provides that this Court has broad discretion to enter an extension of time for good cause. *See also* Fed. R. Civ. P. 6(b) (Comm. Note, 1946) ("Rule 6(b) is a rule of general application giving wide discretion to the court to enlarge these time limits or revive them after they have expired . . ."); L.R. 6-1.

7.      Through no fault of Defendants and due to counsel's excusable neglect, the response to the Complaint for ***both*** Defendants was inadvertently calendared as due to be served on January 24, 2024. *See Antonetti v. McDaniels*, 2019 U.S. Dist. LEXIS 10346 (D.C. Nev. June 20, 2019) (finding that a calendaring error was excusable neglect); *Moradi v. Adelson*, 2011 U.S. Dist. LEXIS 74060 (D.C. Nev. July 7, 2011) ("[A] counsel's calendaring error, which resulting in a late filing, qualified as 'excusable neglect." (quoting *Pincay v. Andrews*, 389 F.3d 853, 860 (9th Cir. 2004))).

8.      Furthermore, good cause exists for the relief requested in order to allow Defendants sufficient time to review and approve the response to the Complaint.

9.      Pursuant to rules 6 and 12, and local rule 6-1, counsel for Defendants has conferred with counsel for Plaintiffs, Eric Larsen, and is authorized to represent that Plaintiffs do not have any objection to this extension request.

1    10.    This Motion is made in good faith and not for the purpose of unnecessary delay,

2  and no party will be prejudiced as a result of the relief requested herein.

3    11.    A copy of the Proposed Order is attached as **Exhibit A**.

4    WHEREFORE, based on the above facts and legal authorities, Defendants J. RENTAL,

5  INC. d/b/a HANK RENTAL and MATTHEW KILLION respectfully request this Court grant this

6  First Unopposed Motion and extend the deadline for filing a response to Plaintiffs' Complaint

7  through and including Friday, January 26, 2024.

8

9    **Dated this the 24th day of January, 2024.**

10    LEWIS BRISBOIS BISGAARD & SMITH LLP

11    /s/ Christopher A. Elsee
      DARRELL D. DENNIS

12    Nevada Bar No. 006618
      CHRISTOPHER A. ELSEE

13    Nevada Bar No. 13333

14    6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118

15    Tel. 702.893.3383

16    *Attorneys for Defendants Matthew Killion and J.*
      *Rental, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2024, I electronically filed **DEFENDANTS' MATTHEW KILLION AND J. RENTAL, INC.'S NOTICE OF REMOVAL** with the Clerk of the Court through the E-Filing System.

Paul S. Padda, Esq.
Nevada Bar No. 10417
psp@paulpaddalaw.com
Eric R. Larsen, Esq.
Nevada Bar No. 9423
elarsen@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Ste. 300
Las Vegas, NV 89103
Tel: 702-366-1888
Fax: 702-366-1940
Attorney for Plaintiffs

/s/ Billi Montijo
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MUNOS, an individual; LUIS CASTILLO LEYS, an individual; NARCISO MUNOZ GIL, an individual; YURIEN MUNOZ, an individual, | CASE NO. 2:24-cv-00096-RFB-MDC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS', MATTHEW KILLION AND J. RENTAL, INC., UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO THE COMPLAINT** |
| v. | |
| MATTHEW KILLION, an individual; J. RENTAL, INC. d/b/a HANK RENTAL, a foreign corporation; DOES I-X, inclusive; AND ROE BUSINESS ENTITIES I-X; inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

THIS CAUSE came before the Court on Defendants', J. RENTAL, INC. d/b/a HANK RENTAL and MATTHEW KILLION, First Unopposed Motion for Extension to Respond to the Complaint, and the Court having reviewed the Motion, the Court file, and being otherwise advised in its premises, hereby Orders that:

1. The Court finds that Defendants have demonstrated excusable neglect pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule 6-1.

2. The Court further finds good cause to grant the Motion and extend the Defendants' deadline to respond to Plaintiffs' Complaint, as agreed-to by the parties in the Motion.

3. Accordingly, Defendants' Motion is **GRANTED.**

4. Defendants shall file a response to Plaintiffs' Complaint by January 26, 2024.

5. All other deadlines shall remain in place.

6. Defendants are advised of the typo in the Certificate of Service. Please correct in the future.

**IT IS SO ORDERED.**
Date: January 30, 2024

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE