DARRELL D. DENNIS
Nevada Bar No. 06618
Darrell.Dennis@lewisbrisbois.com
CHRISTOPHER A. ELSEE
Nevada Bar No. 13333
Christopher.Elsee@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383 / Facsimile: 702.893.3789
Attorney for Defendants Matthew Killion and J. Rental, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MUNOS, an individual; LUIS CASTILLO LEYS, an individual; NARCISO MUNOZ GIL, an individual; YURIEN MUNOZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW KILLION, an individual; J. RENTAL, INC. d/b/a HANK RENTAL, a foreign corporation; DOES I-X, inclusive; AND ROE BUSINESS ENTITIES I-X; inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00096-RFB-MDC<br><br>**DEFENDANTS', MATTHEW KILLION AND J. RENTAL, INC., STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants J. RENTAL, INC. d/b/a HANK RENTAL and MATTHEW KILLION, through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, including rules 6, 12, and 81, and Local Rule 6-1, hereby request and stipulate to extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's First Amended Complaint. [Doc. No. 10]. The Parties request a one-week extension through and including **Friday, March 1, 2024,** in which to respond. This extension is requested to allow Defendants' counsel time to gather necessary information to analyze the First Amended Complaint and prepare an appropriate

134517874.1

response. This is the parties' second extension for time in this litigation and first requested extension of time as it relates to the First Amended Complaint.

This stipulation is made in good faith and is not intended for purposes of delay.

**Dated this the 23rd day of February, 2024.**

/s/ Eric R. Larsen                     /s/ Christopher Elsee

Paul S. Padda, Esq.                    Darrell D. Dennis
Nevada Bar No. 10417                   Nevada Bar No. 06618
psp@paulpaddalaw.com                   Darrell.Dennis@lewisbrisbois.com
Eric R. Larsen, Esq.                   Christopher A. Elsee
Nevada Bar No. 9423                    Nevada Bar No. 13333
elarsen@paulpaddalaw.com               Christopher.Elsee@lewisbrisbois.com
**PAUL PADDA LAW, PLLC**               **LEWIS BRISBOIS BISGAARD &**
4560 South Decatur Boulevard, Ste. 300 **SMITH LLP**
Las Vegas, NV 89103                    6385 S. Rainbow Boulevard, Suite 600
Tel: 702-366-1888                      Las Vegas, Nevada 89118
Fax: 702-366-1940                      Telephone: 702.893.3383
*Attorney for Plaintiffs*              Facsimile: 702.893.3789
                                       *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: February 28, 2024