# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alexis Munoz, *et al*, | **2:24-cv-00096-RFB-MDC** |
| Plaintiff(s), | |
| vs. | **Order** |
| Matthew Killion, *et al*., | |
| Defendant(s). | |

IT IS ORDERED that the *Motion to Remove Attorney From CM/ECF Service List* (ECF No. 27) is GRANTED. Christopher Allen Elsee, Esq. is to be removed as counsel of record for defendants and removed from the CM/ECF Service List.

DATED this 18th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge