ERIC R. LARSEN, ESQ.
Email: elarsen@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4650 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Attorneys for Plaintiffs,
ALEXIS MUNOZ, LUIS CASTILLO LEYS,
NARCISO MUNOZ GIL, and YURIEN MUNOZ

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MUNOZ, an individual; LUIS CASTILLO LEYS, an individual; NARCISO MUNOZ GIL, an individual; YURIEN MUNOZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW KILLION, an individual; J. RENTAL, INC. d/b/a HANK RENTAL, a foreign corporation; DOES I-X, inclusive; AND ROE BUSINESS ENTITIES I-X; inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00096-RFB-MDC<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)] AND ORDER OF DISMISSAL**<br><br>**Judge:** Hon. Richard F. Boulware II |

The parties, Plaintiffs ALEXIS MUNOZ, LUIS CASTILLO LEYS, NARCISO MUNOZ GIL, and YURIEN MUNOZ, and Defendants J. RENTAL, INC. d/b/a HANK RENTAL and MATTHEW KILLION, through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this

. . .

. . .

. . .

. . .

134517874.1

action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs.

Dated: April 11, 2025.

/s/ Eric R. Larsen

Paul S. Padda, Esq.
Nevada Bar No. 10417
psp@paulpaddalaw.com
Eric R. Larsen, Esq.
Nevada Bar No. 9423
elarsen@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Ste. 300
Las Vegas, NV 89103
Tel: 702-366-1888
Fax: 702-366-1940
*Attorney for Plaintiffs*

/s/ Seth V. Alhadeff

Seth V. Alhadeff
Florida Bar No. 525235 (PHV)
Seth.Alhadeff@Dinsmore.com
Lexi J. Epley
Nevada Bar No. 16232
Lexi.Epley@Dismore.com
**DINSMORE & SHOHL, LLP**
200 S. Biscayne Blvd., Ste. 2401
Miami, Florida 33131
Tel: 786-957-1157
Fax: 786-957-1158

--AND--

Darrell Dennis
Nevada Bar No. 06618
Darrell.Dennis@lewisbrisbois.com
Laureen Frister
Nevada Bar No. 13217
Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702-893-3383
Fax: 702-893-3789
*Attorney for Defendants*

**IT IS SO ORDERED**. The Clerk of Court is directed to close this case.

**DATED**: this 6th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| **From:** | Eric Larsen |
| **To:** | Ender, Katie; Elia Barrientos |
| **Cc:** | Alhadeff, Seth; Laureen.Frister@lewisbrisbois.com; Epley, Lexi |
| **Subject:** | Re: Stipulation of Dismissal - Munoz v. J. Rental |
| **Date:** | Thursday, April 17, 2025 8:05:56 AM |
| **Attachments:** | Outlook-nx1hj4b5.png<br>Outlook-nag2plst.png<br>Outlook-usz0ud25.png<br>Outlook-jblzu0sp.png<br>Outlook-cfy0lvhj.png |

Good morning. Thank you for the reminder. It's been one of those weeks. I have no changes and we will file the stipulation.

Thank You,

**Eric Larsen, Esq.**
PAUL PADDA LAW, PLLC
(702) 366-1888
elarsen@paulpaddalaw.com
paulpaddalaw.com



**Nevada Physical Office:**
4560 South Decatur Blvd, Suite 300
Las Vegas, Nevada 89103

Tele: (702) 366-1888

**California Physical Office:**
300 South Grand Avenue, Suite 3840
Los Angeles, California 90071
Tele: (213) 423-7788

**Mailing Address For All Offices:**
4030 South Jones Blvd., Unit 30370
Las Vegas, Nevada  89173



**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.

**From:** Ender, Katie <Katie.Ender@Dinsmore.com>
**Sent:** Thursday, April 17, 2025 3:57 AM
**To:** Eric Larsen <ELarsen@paulpaddalaw.com>
**Cc:** Alhadeff, Seth <Seth.Alhadeff@Dinsmore.com>; Laureen.Frister@lewisbrisbois.com <Laureen.Frister@lewisbrisbois.com>; Epley, Lexi <Lexi.Epley@Dinsmore.com>
**Subject:** RE: Stipulation of Dismissal - Munoz v. J. Rental

Good morning, Eric,

Please let us know if you agree to form and will file so we can close this one down.

Thanks,

Katie

**From:** Ender, Katie <Katie.Ender@Dinsmore.com>
**Sent:** Tuesday, April 15, 2025 7:03 AM
**To:** Eric Larsen <ELarsen@paulpaddalaw.com>
**Cc:** Alhadeff, Seth <Seth.Alhadeff@Dinsmore.com>; Laureen.Frister@lewisbrisbois.com; Epley, Lexi <Lexi.Epley@Dinsmore.com>; Ender, Katie <Katie.Ender@Dinsmore.com>
**Subject:** FW: Stipulation of Dismissal - Munoz v. J. Rental

Good morning, Eric,

Following up on this.

Thanks,

Katie

**From:** Ender, Katie
**Sent:** Friday, April 11, 2025 9:14 AM
**To:** Eric Larsen <ELarsen@paulpaddalaw.com>
**Cc:** Alhadeff, Seth <Seth.Alhadeff@Dinsmore.com>; Laureen.Frister@lewisbrisbois.com; Epley, Lexi <Lexi.Epley@Dinsmore.com>
**Subject:** Stipulation of Dismissal - Munoz v. J. Rental

Good morning, Eric,

I prepared the attached Stipulation of Dismissal for your review. If you approve, please have it filed.

Truly,